UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JOANNA FERNANDEZ SANTIAGO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL NO. W-23-CV-00134-ADA |
| | § | |
| AMAZON.COM SERVICES, LLC, | § | |
| AND AMAZON.COM, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 101. The report recommends Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 62) be **DENIED**. The report and recommendation was filed on October 15, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 101) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss (ECF No. 62) is **DENIED** in accordance with the Report and Recommendation.

**SIGNED** this 31st day of October, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE